# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2014

### NO. 03-12-00497-CV

**Edwin K. Lang, Appellant**

**v.**

**Texas Department of Public Safety and
Steven C. McCraw, Director of Texas Dept. of Public Safety, Appellees**

---

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment signed by the district court on July 9, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.